UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON DANIEL HINE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

Case No. 14-11135

Hon. John Corbett O'Meara
Mag. Judge Charles E. Binder

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Charles E. Binder's December 9, 2014 report and recommendation. Defendant filed an objection to the report and recommendation on December 23, 2014. On December 30, 2014 Plaintiff filed a response to Defendant's objection.

This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Binder reached the correct conclusions. Accordingly, the court will overrule Defendant's objection.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                      s/John Corbett O'Meara
                                      United States District Judge

Date:  January 29, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, January 29, 2015, using the ECF system.

s/William Barkholz
Case Manager
